**IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA**

| | |
|---|---|
| **LIONEL STAINE,** : | |
| : | |
| Petitioner : | |
| : | CIVIL NO. 3:CV-16-0265 |
| v. : | |
| : | (Judge Caputo) |
| **L.J. ODDO,** : | |
| : | |
| Respondent : | |

**O R D E R**

**AND NOW**, this **17th** day of **JANUARY, 2017**, it is **ORDERED** that:

1. The petition for writ of habeas corpus (ECF No. 1) is **DENIED**.

2. The Clerk of Court is directed to **CLOSE** this case.

　　　　　　　　　　　　　　　　　　**/s/ A. Richard Caputo**
　　　　　　　　　　　　　　　　　　**A. RICHARD CAPUTO**
　　　　　　　　　　　　　　　　　　**United States District Judge**